IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL E. WELKER<br><br>Plaintiff,<br><br>vs.<br><br>CSX TRANSPORTATION, INC.<br><br>Defendant. | Case No. 11-CV-00749-GLL<br><br>Chief Judge Lancaster |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Daniel E. Welker and Defendant CSX Transportation, Inc. do hereby stipulate and agree to the dismissal of the above action with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk shall mark this matter as **CLOSED**.

Dated: April 12, 2012

/s/ Neal Sanders (with permission)
Neal Sanders, Esq.
Law Offices of Neal Sanders
1924 N Main Street Ext # C
Butler, PA 16001
(724) 282-7771

Counsel for Plaintiff

/s/ James S. Urban
James S. Urban
Pa. I.D. No. 82019
jsurban@jonesday.com
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, Pennsylvania 15219-2514
(412) 391-3939
(412) 394-7959 (fax)

Counsel for Defendant

SO ORDERED on April 19, 2012

_____
Chief U.S. District Judge Gary L. Lancaster